Delmar D. WHITTLEY,
Plaintiff/Respondent,

v.

CONOPCO, INC., d/b/a Lever Brothers
Company, Defendant/Appellant.

No. 65549.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

Gerre Strehlman Langton, St. Louis, Robert F. D'Emilia, New York City, for appellant.

Delmar D. Whittley, pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant, Conopco, Inc., d/b/a Lever Brothers Co., appeals from the trial court's entry of judgment in favor of Plaintiff upon trial de novo of a small claims court action.

We have reviewed the briefs of the parties and the legal file and find no error of law. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael E. SIMS, Appellant.

Michael SIMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47853, WD 49070.

Missouri Court of Appeals,
Western District.

Nov. 22, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of forgery, section 570.090.1(4), RSMo 1986, and from denial of Rule 29.15 postconviction motion.

The conviction is affirmed, and the denial of postconviction motion is affirmed. Rules 30.25(b) and 84.16(b).